UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'CAIN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PULSE COMMERCIALS, LLC, a Delaware Limited Liability Company; THOMAS BENSKI, an individua; MARISA CLIFFORD, an individual; CASEY ENGELHARDT, an individual, DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.  2:23-cv-02194-AB-RAO<br><br>HONORABLE ANDRÉ BIROTTE JR.<br><br>**ORDER APPROVING PAGA & FLSA SETTLEMENT AND DISMISSAL OF ACTION** |

# STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL

Having read and considered the Parties' Stipulation to Approve PAGA & FLSA Settlement and Dismissal of Action (the "Stipulation"), and good cause appearing and having found the Parties' settlement of Plaintiff's individual claims pursuant to the Private Attorneys' General Act, Cal. Lab. Code section 2698 et seq. ("PAGA") & the Fair Labor Standards Act ("FLSA") Settlement to be fair, adequate and reasonable, the Court hereby **ORDERS**:

1. The PAGA & FLSA Settlement described herein, which settles and releases Plaintiff Timothy O'Cain's ("Plaintiff" or "O'Cain") PAGA and FLSA claims on an individual basis only, as set forth in the PAGA & FLSA Settlement. (*See* Dkt. No. 15 at Ex. A, "Ex. A.")

2. Defendant Pulse Commercials, LLC ("Defendant" or "Pulse") shall make the payments described in the PAGA & FLSA Settlement Agreement, as set forth in Ex. A.

3. Plaintiff's Individual PAGA and FLSA Claims are hereby dismissed with prejudice;

4. The Court finds that the factors set forth in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989) favor settlement of Plaintiff's Individual Claims and dismissal of the class claims without prejudice to the putative class and without the necessity of issuing class notice;

5. The class, collective, and representative PAGA claims are **dismissed, without prejudice**, except as to Plaintiff as set forth in the Parties' Stipulation and in Ex. A.

6. The Lawsuit is hereby dismissed in its entirety as to all Parties as set forth herein;

7. All Parties shall bear their respective fees and costs except as expressly provided in the PAGA & FLSA Settlement Agreement; and

8. The PAGA & FLSA Settlement Agreement shall be enforceable by the Court and the Court shall retain jurisdiction of this Lawsuit over all Parties to enforce the terms, conditions and obligation of the Agreement.

**IT IS SO ORDERED.**

Dated: May 31, 2023

_____
Honorable André Birotte Jr.
United States District Judge